B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of Idaho | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lost Rivers District Hospital** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Lost Rivers Medical Clinic; AKA Lost Rivers Medical Center; AKA Mackay Clinic; AKA Lost Rivers Living Center; AKA Lost Rivers Hospice; AKA Lost Rivers Hospital** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**82-0251526** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**551 Highland Drive<br>Arco, ID**<br><br>ZIP Code **83213** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Butte** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 145<br>Arco, ID**<br><br>ZIP Code **83213-0145** | Mailing Address of Joint Debtor (if different from street address):<br><br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>**Mackay Clinic<br>Mackay Business Park<br>Highway 93<br>Mackay, ID 83251** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>■ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>**Governmental District** | ■ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>■ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7<br>■ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Lost Rivers District Hospital** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>     Signature of Attorney for Debtor(s)              (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

  ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lost Rivers District Hospital** |

**Signatures**

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

## Signature of Attorney*

**X** **/s/ D. Blair Clark Idaho** _____
Signature of Attorney for Debtor(s)

**D. Blair Clark Idaho 1367, Oregon 05030**
Printed Name of Attorney for Debtor(s)

**Law Offices of D. Blair Clark PLLC**
Firm Name

**1513 Tyrell Lane, Suite 130**
**Boise, ID 83706**

_____
Address

**Email: dbc@dbclarklaw.com**
**(208) 475-2050  Fax: (208) 475-2055**
Telephone Number

**March 10, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Kim Dahlman** _____
Signature of Authorized Individual

**Kim Dahlman**
Printed Name of Authorized Individual

**Administrator**
Title of Authorized Individual

**March 10, 2010**
Date

## Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

## Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*



1 of 1 DOCUMENT

IDAHO CODE STATUTES ANNOTATED
Copyright 2010 State of Idaho
All rights reserved.

*** Statutes current through the 2009 Regular Session. Annotations current through September 28, 2009. ***

GENERAL LAWS
TITLE 39.  HEALTH AND SAFETY
CHAPTER 13.  HOSPITAL LICENSES AND INSPECTION

*Idaho Code § 39-1331*  (2009)

§ 39-1331. Powers and duties of board

For and on behalf of the district the board shall have the following powers:

a. To have and use a corporate seal.

b. To have perpetual existence.

c. To sue and be sued and be a party to suits, actions and proceedings.

d. To purchase, acquire, dispose of and encumber real and personal property and hold lands, buildings, and all types of property, make such contracts and purchases, acquire and hold such personal property as may be necessary or convenient for its purposes, provided, however, that before any real property of such district may be sold, notice thereof must be given by publication in a legal newspaper of general circulation in the county where such district is situated for three (3) consecutive weekly issues.

e. In addition to the other means providing revenue for such districts as herein provided, the board shall have the power and authority to levy and collect ad valorem taxes on and against all taxable property within the district, as hereinafter provided.

f. To borrow money and incur indebtedness and evidence the same by certificates, notes or debentures, and to issue bonds in accordance with the provisions of this act.

g. To refund any bonded indebtedness of the district without an election, provided, however, that the obligations of the district shall not be increased by any refund of bonded indebtedness. Otherwise the terms and conditions of refunding bonds shall be substantially the same as those of an original issue of bonds.

h. To have the management, control and supervision of all the business and affairs of the district, and the construction, installation, operation and maintenance of district improvements therein or therefor.

i. To hire and retain agents, employees, engineers and attorneys.

j. To have and exercise the power of eminent domain in manner provided by law for the condemnation of private property for public use; to take any property necessary to the exercise of the powers herein granted.

k. To adopt and amend by-laws not in conflict with the constitution and laws of the state for carrying on business, objects and affairs of the board and of the district.

l. To have and exercise all rights and powers necessary or incidental to, or implied from the specific powers granted herein, including the charging of reasonable rates for services rendered to patients of said hospital or medical clinic. Such specific powers shall not be considered as a limitation upon any power necessary or appropriate to carry out the purposes and intent of this act.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Idaho

In re    **Lost Rivers District Hospital**                            Case No. _____

                                         Debtor(s)                  Chapter      **9**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **24-7 Professional Solutions**<br>**c/o MUNTHER GOODRUM**<br>**1161 W. River Street #350**<br>**Boise, ID 83702** | **24-7 Professional Solutions**<br>**c/o MUNTHER GOODRUM**<br>**1161 W. River Street #350**<br>**Boise, ID 83702** | **Business Expense** | | **20,185.41** |
| **Apria Heathcare**<br>**PO Box 31001**<br>**Pasadena, CA 91110** | **Apria Heathcare**<br>**PO Box 31001**<br>**Pasadena, CA 91110** | **Business Expense** | | **5,292.65** |
| **Bingham Memorial Hospital**<br>**98 Poplar Street**<br>**Blackfoot, ID 83221** | **Bingham Memorial Hospital**<br>**98 Poplar Street**<br>**Blackfoot, ID 83221** | **Business Expense** | | **5,487.08** |
| **BP Consulting, Inc**<br>**c/o Mountain West Bank**<br>**7107 W. Main Street**<br>**Garden City, ID 83714** | **BP Consulting, Inc**<br>**c/o Mountain West Bank**<br>**7107 W. Main Street**<br>**Garden City, ID 83714** | **Business Expense** | | **30,443.34** |
| **Cardinal Health Medical**<br>**Products & Services**<br>**PO Box 70539**<br>**Chicago, IL 60673** | **Cardinal Health Medical**<br>**Products & Services**<br>**PO Box 70539**<br>**Chicago, IL 60673** | **Business Expense** | | **7,506.67** |
| **Diagnostic Imaging of Idaho**<br>**1951 Bench Road**<br>**Suite F**<br>**Pocatello, ID 83201** | **Diagnostic Imaging of Idaho**<br>**1951 Bench Road**<br>**Suite F**<br>**Pocatello, ID 83201** | **Business Expense**<br>**- Radiology** | | **143,963.14** |
| **Eide Bailly**<br>**PO Box 2545**<br>**Fargo, ND 58108** | **Eide Bailly**<br>**PO Box 2545**<br>**Fargo, ND 58108** | **Business Expense** | | **8,823.68** |
| **Hawley Troxell**<br>**877 W. Main Street**<br>**Suite 1000**<br>**Boise, ID 83702** | **Hawley Troxell**<br>**877 W. Main Street**<br>**Suite 1000**<br>**Boise, ID 83702** | **Business Expense**<br>**- Legal fees** | | **5,972.28** |
| **Idaho Medical Imaging**<br>**444 Hospital Way**<br>**Suite 611**<br>**Pocatello, ID 83201** | **Idaho Medical Imaging**<br>**444 Hospital Way**<br>**Suite 611**<br>**Pocatello, ID 83201** | **Business Expense** | | **6,248.00** |
| **Idaho State Tax Commission**<br>**PO Box 36**<br>**Boise, ID 83720** | **Idaho State Tax Commission**<br>**PO Box 36**<br>**Boise, ID 83720** | **Payroll taxes** | | **79,608.18** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Lost Rivers District Hospital**                                                      Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Internal Revenue Service Special Procedures 550 W. Fort Street Boise, ID 83724** | **Internal Revenue Service Special Procedures 550 W. Fort Street Boise, ID 83724** | **Payroll tax arrearages** | | 1,273,043.65 |
| **Moore Medical LLC PO Box 99718 Chicago, IL 60696** | **Moore Medical LLC PO Box 99718 Chicago, IL 60696** | **Business Expense** | | 7,052.87 |
| **Phillips PO Box 406538 Atlanta, GA 30384** | **Phillips PO Box 406538 Atlanta, GA 30384** | **Business Expense** | | 6,711.00 |
| **Portneuf Medical Center 651 Memorial Drive Pocatello, ID 83201** | **Portneuf Medical Center 651 Memorial Drive Pocatello, ID 83201** | **Business Expense - Supplies** | | 42,216.48 |
| **Professional Hospital Supply PO Box 23229 Pasadena, CA 91185** | **Professional Hospital Supply PO Box 23229 Pasadena, CA 91185** | **Business Expense** | | 37,885.23 |
| **Professional Solutions 787 E. State Street Sutie 145 Eagle, ID 83616** | **Professional Solutions 787 E. State Street Sutie 145 Eagle, ID 83616** | **Business Expense** | | 14,758.75 |
| **Regence Blue Shield of Idaho P.O. Box 1106 Lewiston, ID 83501** | **Regence Blue Shield of Idaho P.O. Box 1106 Lewiston, ID 83501** | **Business Expense - insurance for September to May 2010** | | 328,909.00 |
| **Schmitt Enterprises Attn: Justin Schmitt 7010 E. Valverde Idaho Falls, ID 83401** | **Schmitt Enterprises Attn: Justin Schmitt 7010 E. Valverde Idaho Falls, ID 83401** | **Physical Therapist payroll** | | 20,958.95 |
| **T-System, Inc. 4020 McEwen Drive Suite 200 Dallas, TX 75244** | **T-System, Inc. 4020 McEwen Drive Suite 200 Dallas, TX 75244** | **Business Expense - Medical records** | | 12,240.00 |
| **V-1 Oil Company P.O. Box 820 Arco, ID 83213** | **V-1 Oil Company P.O. Box 820 Arco, ID 83213** | **Business Expense** | | 5,836.78 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Lost Rivers District Hospital**                                                    Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the Administrator of the Governmental District named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date    **March 10, 2010**                        Signature    **/s/ Kim Dahlman**
                                                              **Kim Dahlman**
                                                              **Administrator**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                    Best Case Bankruptcy

```
24-7 Professional Solutions
c/o MUNTHER GOODRUM
1161 W. River Street #350
Boise, ID 83702


Ace Innovations, Inc.
505 W. 20th Street
Idaho Falls, ID 83402


Airborne Express
P.O. Box 91001
Seattle, WA 98111


AirGas Intermountain
PO Box 7430
Pasadena, CA 91109


Alfco
PO Box 639
Blackfoot, ID 83221


ALIMED, INC.
PO Box 9135
20279
Dedham, MA 02027-9135


Amercian Credit
PO Box 941
Tewksbury, MA 01876


American Academy
Family Physicians
PO Box 419662
Kansas City, MO 64141


Antek, Inc.
228 Business Center Drive
Reisterstown, MD 21136
```

Apria Heathcare
PO Box 31001
Pasadena, CA 91110


Arco Advertiser
PO Box 803
Arco, ID 83213


Arden Technical Services
PO Box 1840
Fairview, NC 28730


Baytree Leasing Company
Attn: Accts Receivable
PO Box 94125
Palatine, IL 60094


Bingham Memorial Hospital
98 Poplar Street
Blackfoot, ID 83221


Bob Vaden


BP Consulting, Inc
c/o Mountain West Bank
7107 W. Main Street
Garden City, ID 83714


Breg
PO Box 51332
Los Angeles, CA 90051


Brent Pearson

Butte County, Idaho
Butte County Courthouse
Arco, ID 83213-0737


Cardiac Science Corp
Dept 0587
PO Box 120587
Dallas, TX 75312


Cardinal Health Medical
Products & Services
PO Box 70539
Chicago, IL 60673


Care Learning
6820 Deerpath Road
Elkridge, MD 21075


Carstens
PO Box 99110
Chicago, IL 60693


City of Mackay
P.O. Box 509
Mackay, ID 83251


Clark Wireless
PO Box 953
Blackfoot, ID 83221


Commercial Laundry Sales
PO Box 391
Bozeman, MT 59771


Conan Heating
PO Box 2253
Idaho Falls, ID 83403

```
Delta Dental of Idaho
Bank Lockbox Processing
PO Box 271372
Salt Lake City, UT 84127-1372


Derma Sciences Inc
1694 Solutions Centre
Chicago, IL 60677


Diagnostic Imaging of Idaho
1951 Bench Road
Suite F
Pocatello, ID 83201


Diers
Rt 1 Box 374
Arco, ID 83213


East-Central Idaho Planning
c/o THOMSEN STEPHENS LAW
2635 Channing Way
Idaho Falls, ID 83404


East-Central Idaho Planning
299 E. 4th North
ATTN: Judy Coy, CFO
Rexburg, ID 83440


Eastern Idaho Health Service
3100 Channing Way
Idaho Falls, ID 83404


Eastern Idaho Regional
PO Box 290429
Nashville, TN 37229


Eide Bailly
PO Box 2545
Fargo, ND 58108
```

First Biomedical, Inc.
878 N. Jan-Mar Court
Olathe, KS 66061


Fisher Scientific
13551 Collections Court
Chicago, IL 60693


Flaghouse
601 Flaghouse Drive
Hasbrouck Heights, NJ 07604


FMHA IRP#2
The Development Company
299 E. 4th North
Rexburg, ID 83440


Furness Medical
PO Box 798
Salmon, ID 83467


GE Captial Finance
P.O. Box 7247-7878
Philadelphia, PA 19170


Great America Leasing
8742 Innovation Way
Chicago, IL 60682-0087


Grest Western Foods Inc
PO Box 51056
Idaho Falls, ID 83405


Hawley Troxell
877 W. Main Street
Suite 1000
Boise, ID 83702

Hematronix, Inc.
3201 Technology Drive
Plano, TX 75074


Hospira Worldwide Inc.
75 Remittance Drive
Suite 6136
Chicago, IL 60675


Idaho Falls Surgical Center
1945 E. 17th Street
Idaho Falls, ID 83404


Idaho Medical Association
PO Box 2668
Boise, ID 83701


Idaho Medical Imaging
444 Hospital Way
Suite 611
Pocatello, ID 83201


Idaho State Tax Commission
PO Box 36
Boise, ID 83720


IDEACOM ECSI
PO Box 3218
Idaho Falls, ID 83403


IKon Financial Services
PO Box 650073
Dallas, TX 75265


Immucur
PO Box 102118
Atlanta, GA 30368

```
Internal Revenue Service
Special Procedures
550 W. Fort Street
Boise, ID 83724


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


Inverness Medical
PO Box 846153
Boston, MA 02284


Iomed
PO Box 29397
Phoenix, AZ 85038


IPC, Inc.
PO Box 72
Pembina, ND 58271


Jensen Hayes Shropshire
125 N. Garfield Avenue
Pocatello, ID 83204


Judy Coy, Designated Agent
East-Central Idaho Planning
310 N. 2nd East
Rexburg, ID 83440


Larsen-Miller, Inc.
Medical Waste Dispos
PO Box 409
Meridian, ID 83680


Leaf
PO Box 644006
Cincinnati, OH 45264
```

```
Lionville Systems
PO Box 6084
Southeastern, PA 19399


Lost River Co-op, Inc.
PO Box 918
Moore, ID 83255


McBee Associates, Inc.
PO Box 37135
Baltimore, MD 21297


McKee Medical Center
822 7th Street Plaza 10
Greeley, CO 80631


MedAssets
PO Box 842291
Dallas, TX 75284


Medi-Dose, Inc
Lock Box 238
Jamison, PA 18929


Medical Imaging Inc
PO Box 1668
Pocatello, ID 83204


Medline
PO Box 92301
Chicago, IL 60675


Medworks - Health Service
PO Box 593
Bedford Park, IL 60499
```

Merlin Service
PO Box 915
Moore, ID 83255


Moffatt Thomas
PO Box 829
Boise, ID 83701


Moore Medical LLC
PO Box 99718
Chicago, IL 60696


Moore Wallace
PO Box 93514
Chicago, IL 60673


Mutual of Omaha
Claims Dept
Mutual of Omaha Plaza
Omaha, NE 68175


Nicks Appliance Service
367 W. Broadway
Idaho Falls, ID 83402


Norco
P.O. Box 15299
Boise, ID 83715


Oak Harbor Freight Service
P.O. Box 1469
Auburn, WA 98071-1469


Ocelco Inc.
1111 Industrial Pkrd
Brainerd, MN 56401

```
Olympic Medical
5900 First Avenue South
Seattle, WA 98108


Olympus Financial Service
PO Box 200183
Pittsburgh, PA 15251


Opti Medical Systems Inc
PO Box 1932005
Atlanta, GA 31193


Paragard Direct
12601 Collection Drive
Chicago, IL 60693


Pathology Associates
1740 E. 17th Street
Suite D
Idaho Falls, ID 83404


Phillips
PO Box 406538
Atlanta, GA 30384


Phone Directories Co
PO Box 2277
Orem, UT 84059


PMI Computer Supplies
PO Box 60615
Saint Louis, MO 63160


Portneuf Medical Center
651 Memorial Drive
Pocatello, ID 83201
```

Precision Billing
Water Street
Arco, ID 83213


Precision Credentialing
1952 E 7000 South
Salt Lake City, UT 84121


Precision Instruments
PO Box 992
Bozeman, MT 59771


Primetime Advertising
12508 Jones Maltsber
Suite 110
San Antonio, TX 78247


Proabilities/Weaver
PO Box 99903
Lakewood, WA 98499


Professional Hospital Supply
PO Box 23229
Pasadena, CA 91185


Professional Hospital Supply
c/o RACINE OLSON
PO Box 50698
Pocatello, ID 83205


Professional Solutions
787 E. State Street
Sutie 145
Eagle, ID 83616


Radiology Technology
526 Taylor
Pocatello, ID 83202

Rapid-Type
2358 N 3000 West
Arco, ID 83213


Regence Blue Shield of Idaho
P.O. Box 1106
Lewiston, ID 83501


Regence Blue Shield of Idaho
PO BOx 91068
Seattle, WA 98111


Rocky Mountain Boiler
PO Box 2529
Idaho Falls, ID 83403


Round Valley Refrigeration
PO BOx 513
Challis, ID 83226


S.R. Cardio Pulmonary Lab
2001 S. Woodruff
Suite 12B
Idaho Falls, ID 83404


Schmitt Enterprises
Attn: Justin Schmitt
7010 E. Valverde
Idaho Falls, ID 83401


Social Security Admin
PO Box 3430
Philadelphia, PA 19122-9985


Sourceone Healthcare Tech
PO Box 8004
Mentor, OH 44061

Standard Textile
One Knollcrest Drive
Cincinnati, OH 45237


Stephen Vincent MD
2860 Channing Way
Suite 222
Idaho Falls, ID 83404


Streck Laboratories, Inc.
PO Box 45625
Omaha, NE 68145


Swire Coca Cola
12634 South 265 West
Draper, UT 84020


T-System, Inc.
4020 McEwen Drive
Suite 200
Dallas, TX 75244


Tech Services
3717 S. La Brea Avenue
Los Angeles, CA 90016


Tejac Advertising
PO Box 1711
Pocatello, ID 83204


Terminix
880 E. Frankin Road
Suite 307
Meridian, ID 83642


Teton Delivery
PO Box 2586
Idaho Falls, ID 83403

Teton Pharmacy
3101 Valencia
Idaho Falls, ID 83404


The Hospital Cooperative
850 E. Young Street
Pocatello, ID 83201


Timothy Tomlinson


Transamerica
PO Box 79035
City of Industry, CA 91716


V-1 Oil Company
P.O. Box 820
Arco, ID 83213


Vision Service Plan
PO Box 45034
San Francisco, CA 94145


Watson Roto-Rooter
PO Box 155
Menan, ID 83434


Whisper Mountain Prof
Attn: Rick Fawcett
1110 Call Creek Drive
Pocatello, ID 83201


William Marsden
Prince Yeates & Geldzahler
175 E. 400 S. #900
Salt Lake City, UT 84111

```
Zions Bank
Attn: Scott Anderson, Pres
One South Main
Salt Lake City, UT 84111
```