D. Blair Clark
LAW OFFICES OF D. BLAIR CLARK PLLC
1513 Tyrell Lane, Suite 130
Boise, ID 83706
Phone: (208) 475-2050
Fax: (208) 475-2055
Email: dbc@dbclarklaw.com
Idaho State Bar No. 1367
Attorneys for Debtor

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF IDAHO

| In re: | Case No. |
|---|---|
| **LOST RIVERS DISTRICT HOSPITAL** | Chapter 9 |
| Debtor. | |

### MOTION FOR USE OF CASH COLLATERAL

COMES NOW, the debtor-in-possession of the above estate, by and through its attorney, D. Blair Clark, who hereby move this court or its order allowing debtor - in- possession to use cash collateral in the form of proceeds of accounts receivable in the ordinary course necessary to continue operating the hospital, to care for patients, and preserve its assets and business.   This Motion is made pursuant to 11 USC  §363 and LBR 4001.1,  and is based on the records and files herein, and the attached budget and financial information submitted herewith.

If this Motion is not granted, then Debtor will not be able to operate.  Debtor is a Hospital District organized under Title 39, Chapter 13, Idaho Code.  It serves as the only hospital and clinic in Butte and Custer Counties in the State of Idaho.  There are essential bills that need paid, including

MOTION FOR USE OF CASH COLLATERAL  - Page 1
M:\MB\mbwork\Blair\Lost River Hospital Dist\Cash Collateral\cashcol1.wpd

medical supplies, salaries, employee benefits such as medical insurance, payroll taxes and other like items, all of which are identified in the budget attached hereto and Debtor's schedules.

The Debtor has been threatened with levy by the State Tax Commission and the Internal Revenue Service, and has been sued and threatened with suits by other creditors. Debtor believes that it can restructure its debts and continue to operate if it is given the 'breathing room' available under Chapter 9 of the Code. The business of the Debtor is essential to the health and well-being of the citizens it serves.

As required by LBR 4001.1, the following information is given:

*(1) Identity of all entities known to the debtor or trustee, holding or claiming to hold an interest in cash collateral and a description of such interests.*  East-Central Idaho Development Company, now known as East-Central Idaho Planning, and Zions First National Bank each have a secured interest in accounts and general intangibles. The amount owing to Zions Bank is $109,764.98 and the amount of $27,203.50 to East-Central Idaho Development Company. The claim of East-Central Idaho Development may be prior in right to that of Zions.

*(2) Identity of the creditor(s) whose cash collateral is to be utilized and the relationship, if any of the creditor(s) to the debtor.*    See above.  There is no relationship of such creditors to Debtor, except that they are existing lenders.

*(3) The amount, nature and source of the cash collateral.*  SEE ATTACHED BUDGET.  The source of cash collateral is the collection of receivables from patients, receipt of medical insurance payments, and some cash payments form patients.

*(4) If interim use is requested, the amount of cash collateral to be used until the time of the final hearing*

MOTION FOR USE OF CASH COLLATERAL  - Page 2
M:\MB\mbwork\Blair\Lost River Hospital Dist\Cash Collateral\cashcol1.wpd

*on the motion to use cash collateral and the amount of cash collateral to be used thereafter.* SEE ATTACHED BUDGET. The attached budget shows the operating costs per month for Debtor, which would include the period of time between the preliminary and final hearing. The budget is based on the prior fiscal years' operations. Debtor is currently working on refining its budget, paring down some of its costs, contracting out some of its services it provides, and increasing its profitability.

*(5) A line-item budget listing projected income and expenses for one year. If interim use is requested, the budget must also include projected income and expenses until the time of the final hearing on the motion.* Debtor's anticipated budget is submitted herewith. This is based on the cash flow of the various leases involved. This is a monthly budget and the annual budget is determined by multiplying by 12.

*(6) The estimated balance owed to the creditor(s) identified in paragraph (a)(2), as of the date the petition was filed, including any accrued, unpaid interest, cost or fees as provided in the agreement.* See paragraph 1.

*(7) If the cash collateral is rent, the amount of the gross and net rent realized each month, a description of the property from which the rent is generated, and an estimate of its fair market value.* The cash collateral is not "rents." It is the income generated from operations. There should be sufficient patient revenue to provide for adequate protection for the creditors who have liens in such receivables, and sufficient cash flow to likewise provide for adequate protection.

*(8) If the cash collateral is receivables, a description and itemization of such receivables and, if any accounts receivable aging statement exists, the same must be provided to the affected creditor(s) and*

*any party requesting such statement.* See attached.

*(9) The estimated fair market value, and the basis of the estimate, of the collateral which allegedly secures the creditor's claims.* $555,325 based on the estimated value of receivables 90 days or newer. The actual receivables balance is higher in total.

*(10) The method or means by which the interests of the creditor are to be adequately protected, and the estimated value, and the basis for the estimate, of any property offered as adequate protection.* Debtor proposes a replacement lien in any postpetition accounts receivable which may be generated.

*(11) A statement of whether or not the debtor proposes any provision contained in the Guidelines Regarding Motions to Use Cash Collateral or to Obtain Credit, or Stipulations Regarding the Same which is other than a provision normally approved by the court (under subsection (a) of the Guidelines) and, if so, the provision shall be clearly identified.* Debtor does not propose any such provision.

Dated this 10th day of March, 2010.

LAW OFFICES OF D. BLAIR CLARK PLLC

/s/ D. Blair Clark
D. Blair Clark, Attorney for Debtor

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on the 11th day of March, 2010, upon the following:

**All creditors and parties in interest**:

ALL REGISTERED PARTICIPANTS, BY THE COURT'S ECF SYSTEM:

David Newman/Mary Kimmell, for US Trustee
VIA ECF

William Marsden/Troy Parkinson
Prince Yeates & Geldzahler, for Zions Bank
VIA EMAIL

Zions Bank
c/o Scott Anderson, President
One South Main Street
Salt Lake City, UT 84111

East-Central Idaho Planning
c/o Thomsen Stephens Law
VIA FAX 208-522-1277

East-Central Idaho Planning
Judy Coy, Designated Agent
310 N. 2nd East
Rexburg, ID 83440

The 20 largest unsecured creditors, as follows:

24-7 Professional Solutions
c/o MUNTHER GOODRUM
1161 W. River Street #350
Boise, ID 83702

BP Consulting, Inc
c/o Mountain West Bank
7107 W. Main Street
Garden City, ID 83714

Bingham Memorial Hospital
98 Poplar Street
Blackfoot, ID 83221

Cardinal Health Medical
Products & Services
PO Box 70539
Chicago, IL 60673

Diagnostic Imaging of Idaho
1951 Bench Road
Suite F
Pocatello, ID 83201

Eide Bailly
PO Box 2545
Fargo, ND 58108

FMHA IRP#2
The Development Company
299 E. 4th North
Rexburg, ID 83440

Hawley Troxell
877 W. Main Street
Suite 1000
Boise, ID 83702

Idaho Medical Imaging
444 Hospital Way
Suite 611
Pocatello, ID 83201

Idaho State Tax Commission
PO Box 36
Boise, ID 83720

MOTION FOR USE OF CASH COLLATERAL  - Page 5
M:\MB\mbwork\Blair\Lost River Hospital Dist\Cash Collateral\cashcol1.wpd

Internal Revenue Service  
Special Procedures  
550 W. Fort Street  
Boise, ID 83724  

V-1 Oil Company  
P.O. Box 820  
Arco, ID 83213  

Moore Medical LLC  
PO Box 99718  
Chicago, IL 60696  

Phillips  
PO Box 406538  
Atlanta, GA 30384  

__/s/_____  
D. Blair Clark  

Portmeuf Medical Center  
651 Memorial Drive  
Pocatello, ID 83201  

Professional Hospital Supply  
PO Box 23229  
Pasadena, CA 91185  

Professional Solutions  
787 E. State Street  
Sutie 145  
Eagle, ID 83616  

Regence Blue Shield of Idaho  
P.O. Box 1106  
Lewiston, ID 83501  

Schmitt Enterprises  
Attn: Justin Schmitt  
7010 E. Valverde  
Idaho Falls, ID 83401  

T-System, Inc.  
4020 McEwen Drive  
Suite 200  
Dallas, TX 75244  

MOTION FOR USE OF CASH COLLATERAL  - Page 6  
M:\MB\mbwork\Blair\Lost River Hospital Dist\Cash Collateral\cashcol1.wpd

**United States Bankruptcy Court**
**District of Idaho**

In re **Lost River District Hospital**  
Debtor(s)

Case No.  
Chapter **9**

# BUSINESS INCOME AND EXPENSES--BASED ON CURRENT NUMBERS

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS  (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | |
|---|---:|
| 1. Gross Income For 12 Months Prior to Filing from Operations | $ 5,945,504.00 |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | |
|---|---:|
| 2. Gross Monthly Income From Operations | $ 495,792.00 |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ 293,693.00 |
| 4. Payroll Taxes, including unemployment, FICA, FUTA, Workers' Compensation, etc. | 53,572.00 |
| 5. Purchased services and fees (MRI, outside labs, billing systems, therapists, etc.) | 90,420.00 |
| 6. Medical supplies | 46,345.00 |
| 7. Rent for hospital and clinic | 675.00 |
| 8. Utilities | 9,450.00 |
| 9. Office Expenses and Supplies | 500.00 |
| 10. Repairs and Maintenance | 3,520.00 |
| 11. Travel, dues, education, mileage for home health | 12,000.00 |
| 12. Equipment Rental and Leases | incl. in lines 5 & 6 |
| 13. Legal/Accounting/Other Professional Fees | To be determined |
| 14. Insurance | 15,350.00 |
| 15. Employee Benefits (e.g., pension, medical, etc.) | incl. in line 4. |

16. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| TO BE DETERMINED | |

17. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

| | |
|---|---:|
| 18. Total Monthly Expenses (Add items 3-21) | $ 525,525.00 |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | |
|---|---:|
| 19. AVERAGE NET MONTHLY INCOME FROM OPERATIONS | $ -29,733.00 |
| ADD: Tax Revenue, $533,816/yr., mo. average | $ 44,485.00 |
| Bond Interest | -4,622.00 |
| Net Income Without Grants or Bond Income | $ 10,130.00 |

LRMC A/R

03/08/10                    FLEXIBLE AGED ACCOUNTS RECEIVABLE REPORT SUMMARY

| TOTALS FOR: | | NO DISG. | 0000-0030 | 0031-0060 | 0061-0090 | 0091-0120 | 0121-0150 | 0151-0180 | 0181-UP | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|
| BANKRUPTCY | 00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| SELF PAY | 01 | .00 | 15303.37 | 37544.06 | 15001.35 | 20711.77 | 32580.90 | 28688.72 | 197109.20 | 346939.37 |
| COMM INS | 02 | 11107.00 | 79604.01 | 40015.73 | 29111.24 | 8705.89 | 9229.72 | 1030.25 | 341.39 | 179145.23 |
| BLUE CROSS | 03 | 6176.44 | 25438.71 | 13753.26 | 2130.26 | -114.43 | -46.35 | .00 | 873.32 | 48211.21 |
| MEDICARE | 04 | 16991.25 | 86682.94 | 18611.77 | 21719.14 | 361.40 | -3721.33 | 750.00 | .00 | 141395.18 |
| MEDICAID | 05 | .00 | 7765.03 | 1231.12 | 1007.48 | 780.25 | 10011.64 | .00 | 7954.92 | 28750.44 |
| WRKC COMP | 06 | 3870.00 | 675.00 | 322.00 | 135.00 | .00 | 192.00 | .00 | .00 | 4194.00 |
| OUTSOURCE | 07 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| IN HOUSE BD | 08 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| EMPL INSURANC | 09 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| PAY ARRANGEME | 10 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 10475.49 | 10475.49 |
| ARCH REFERREL | 11 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| INCIDENTAL IN | 12 | .00 | 366.80 | 12.00 | .00 | .00 | .00 | .00 | .00 | 378.80 |
| ELIGIBILITY + | 13 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| MDCR BAD DEBT | 90 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| BAD DEBT | 99 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| GRAND TOTALS | | 37144.69 | 215835.86 | 111489.94 | 69104.47 | 30444.88 | 48246.59 | 30468.97 | 216754.32 | 759489.72 |

03/08/10                           FLEXIBLE CYCLE ATB REPORT SUMMARY

| TOTALS FOR: |    | NO DISG. | 0000-0030 | 0031-0060 | 0061-0090 | 0091-0120 | 0121-0150 | 0151-0180 | 0181-UP | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|
| NURS HOME | 05 | .00 | 7053.49 | .00 | .00 | .00 | .00 | -136.81 | 2046.92 | 8963.60 |
| SWING BED | 06 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 2603.00 | 2603.00 |
| SELF PAY | 01 | .00 | 7053.49 | .00 | .00 | .00 | .00 | -136.81 | 4649.92 | 11566.60 |
| NURS HOME | 05 | .00 | 8524.40 | 1787.50 | .00 | .00 | .00 | .00 | -143.79 | 10168.11 |
| SWING BED | 06 | .00 | 10471.25 | .00 | .00 | .00 | .00 | .00 | .00 | 10471.25 |
| COMM INS | 02 | .00 | 18995.65 | 1787.50 | .00 | .00 | .00 | .00 | -143.79 | 20639.36 |
| NURS HOME | 05 | .00 | 1925.00 | .00 | .00 | .00 | .00 | .00 | .00 | 1925.00 |
| BLUE CROSS | 03 | .00 | 1925.00 | .00 | .00 | .00 | .00 | .00 | .00 | 1925.00 |
| NURS HOME | 05 | .00 | 29813.89 | .00 | .00 | .00 | .00 | .00 | 15.40 | 29829.29 |
| SWING BED | 06 | 13554.00 | 84176.74 | 23814.26 | .00 | .00 | .00 | .00 | .00 | 121545.00 |
| MEDICARE | 04 | 13554.00 | 113990.63 | 23814.26 | .00 | .00 | .00 | .00 | 15.40 | 151374.29 |
| NURS HOME | 05 | .00 | 35390.67 | .00 | .00 | 1779.79 | .00 | .00 | 966.72 | 38137.18 |
| MEDICAID | 05 | .00 | 35390.67 | .00 | .00 | 1779.79 | .00 | .00 | 966.72 | 38137.18 |
| GRAND TOTALS | | 13554.00 | 177355.44 | 25601.76 | .00 | 1779.79 | .00 | -136.81 | 5488.25 | 223642.43 |

03/08/10                      FLEXIBLE CYCLE ATB REPORT SUMMARY

| TOTALS FOR: |    | NO DISG. | 0000-0030 | 0031-0060 | 0061-0090 | 0091-0120 | 0121-0150 | 0151-0180 | 0181-UP | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|
| HOME HLTH | 15 | .00 | .00 | .00 | -1.00 | 627.98 | .00 | 248.82 | 3328.95 | 4204.75 |
| SELF PAY | 01 | .00 | .00 | .00 | -1.00 | 627.98 | .00 | 248.82 | 3328.95 | 4204.75 |
| HOME HLTH | 15 | .00 | .00 | .00 | 3576.02 | 3902.65 | 2140.00 | 3936.93 | 7212.30 | 20767.90 |
| HOSPICE | 20 | .00 | .00 | .00 | -130.00 | .00 | .00 | .00 | .00 | -130.00 |
| COMM INS | 02 | .00 | .00 | .00 | 3446.02 | 3902.65 | 2140.00 | 3936.93 | 7212.30 | 20637.90 |
| HOME HLTH | 15 | .00 | .00 | .00 | -1.00 | .00 | .00 | .00 | .00 | -1.00 |
| BLUE CROSS | 03 | .00 | .00 | .00 | -1.00 | .00 | .00 | .00 | .00 | -1.00 |
| HOME HLTH | 15 | .00 | .00 | .00 | 12435.16 | .00 | 14509.06 | .00 | 41852.10 | 68796.32 |
| HOSPICE | 20 | .00 | 30953.00 | 7709.00 | 13813.00 | 4030.00 | 3770.00 | 3868.00 | 67087.27 | 131230.27 |
| MEDICARE | 04 | .00 | 30953.00 | 7709.00 | 26248.16 | 4030.00 | 18279.06 | 3868.00 | 108939.37 | 200026.59 |
| HOME HLTH | 15 | .00 | .00 | .00 | .00 | 420.00 | .00 | .00 | .00 | 420.00 |
| MEDICAID | 05 | .00 | .00 | .00 | .00 | 420.00 | .00 | .00 | .00 | 420.00 |
| GRAND TOTALS | | .00 | 30953.00 | 7709.00 | 29692.18 | 8980.63 | 20419.06 | 8053.75 | 119480.62 | 225288.24 |

```
Mar 08, 2010                              LOST RIVERS RURAL HLTH CLINIC                                              Page 1
                           Numeric Accounts Receivable Report for Period Ending 03-08-2010
                                                Sorted by Billing Group
                                                        Summary


                                      Group      Current     30 Day     60 Day     90 Day     120 Day    150 Day
                                No    Balance    Balance     Balance    Balance    Balance    Balance    Balance
-----------------------------------------------------------------------------------------------------------------
BC    BLUE CROSS            P   92    11339.03*  1606.56*    2574.77*   1431.59*   389.20*    834.81*    4502.10*
                            I   62     9120.07*  6740.95*    2081.42*    268.24*                15.60*     13.86*
                               133    20459.10*  8347.51*    4656.19*   1699.83*   389.20*    850.41*    4515.96*
                                                    40.8%       22.8%       8.3%      1.9%       4.2%       22.1%


BCF   BLUE CROSS FED        P    2       87.68*    61.00*      46.68*                                      -20.00*
                            I             0.00*
                                 2       87.68*    61.00*      46.68*                                      -20.00*
                                                    69.6%       53.2%                                       <0.1%


BCH   BLUE CROSS HMO        P             0.00*
                            I    1      112.00*   112.00*
                                 1      112.00*   112.00*
                                                   100.0%


BS    BLUE SHIELD           P   46     6813.42*  2055.62*     577.64*    629.18*   464.44*    549.53*    2537.01*
                            I   49    12775.84*  4352.50*    1384.00*   3809.62*  1363.00*   1443.60*     423.12*
                                77    19589.26*  6408.12*    1961.64*   4438.80*  1827.44*   1993.13*    2960.13*
                                                    32.7%       10.0%      22.7%      9.3%      10.2%       15.1%


CCN   CCN                   P    6     2426.38*                224.27*    401.86*     2.80*               1797.45*
                            I    5      610.00*   532.00*       78.00*
                                10     3036.38*   532.00*      302.27*    401.86*     2.80*               1797.45*
                                                    17.5%       10.0%      13.2%      0.1%                  59.2%


CHA   CHAMPUS               P    2      120.77*    34.34*      28.78*     57.65*
                            I    1      139.00*   139.00*
                                 2      259.77*   173.34*      28.78*     57.65*
                                                    66.7%       11.1%      22.2%


EDS   MEDICAID              P   22     3471.50*   942.00*     736.50*    573.85*   329.20*    750.95*     139.00*
                            I   62    11274.38*  7148.12*    2187.26*   1237.00*   279.00*     78.00*     345.00*
                                75    14745.88*  8090.12*    2923.76*   1810.85*   608.20*    828.95*     484.00*
                                                    54.9%       19.8%      12.3%      4.1%       5.6%        3.3%


INS   INSURANCE GROUP       P  209    27276.02*  3754.07*    3703.33*   4110.85*  1702.71*   1163.20*   12841.86*
                            I  122    16411.57* 11843.56*    1946.51*    736.80*   893.00*    384.00*     607.70*
                               279    43687.59* 15597.63*    5649.84*   4847.65*  2595.71*   1547.20*   13449.56*
                                                    35.7%       12.9%      11.1%      5.9%       3.5%       30.8%


MED   MEDICARE              P   68     4936.19*   754.00*     937.23*    404.67*   276.17*   1098.36*    1465.76*
                            I  184    28305.47* 22375.89*    4049.94*   1302.20*   551.45*     84.17*     -58.18*
                               231    33241.66* 23129.89*    4987.17*   1706.87*   827.62*   1182.53*    1407.58*
                                                    69.6%       15.0%       5.1%      2.5%       3.6%        4.2%


SEL   SELF, CASH, CHECK, OR CREDIT C  P  94  21292.70*  2654.00*  2237.74*  1652.53*  2578.33*  2413.30*  9756.80*
                            I   18     1581.72*   884.00*     229.00*    543.00*                           -74.28*
                               109    22874.42*  3538.00*    2466.74*   2195.53*  2578.33*   2413.30*    9682.52*
                                                    15.5%       10.8%       9.6%     11.3%      10.6%       42.3%
```

Mar 08, 2010                              LOST RIVERS RURAL HLTH CLINIC                                         Page 2
                            Numeric Accounts Receivable Report for Period Ending 03-08-2010
                                                Sorted by Billing Group
                                                       Summary

|     |                     |   | No  | Group Balance | Current Balance | 30 Day Balance | 60 Day Balance | 90 Day Balance | 120 Day Balance | 150 Day Balance |
|-----|---------------------|---|-----|---------------|-----------------|----------------|----------------|----------------|-----------------|-----------------|
| SLI | SLIDING GROUP       | P | 76  | 18388.65*     | 5082.30*        | 2106.00*       | 1787.27*       | 2069.50*       | 1092.00*        | 6251.58*        |
|     |                     | I | 12  | 1609.00*      | 476.00*         | 377.00*        | 93.00*         | 219.00*        | 267.00*         | 177.00*         |
|     |                     |   | 85  | 19997.65*     | 5558.30*        | 2483.00*       | 1880.27*       | 2288.50*       | 1359.00*        | 6428.58*        |
|     |                     |   |     |               | 27.8%           | 12.4%          | 9.4%           | 11.4%          | 6.8%            | 32.1%           |
| WC  | WORKERS COMPENSATION | P | 1   | 28.00*        |                 |                |                |                |                 | 28.00*          |
|     |                     | I |     | 0.00*         |                 |                |                |                |                 |                 |
|     |                     |   | 1   | 28.00*        |                 |                |                |                |                 | 28.00*          |
|     |                     |   |     |               |                 |                |                |                |                 | 100.0%          |
| (NONE) |                  | P | 280 | -10231.02*    | -3009.77*       | -1087.68*      | -512.69*       | -467.03*       | -522.54*        | -4631.31*       |
|     |                     | I | 39  | -11025.93*    | -154.62*        | -183.26*       | -15.80*        | -29.20*        | -138.48*        | -10504.57*      |
|     |                     |   | 313 | -21256.95*    | -3164.39*       | -1270.94*      | -528.49*       | -496.23*       | -661.02*        | -15135.88*      |
|     |                     |   |     |               | 14.9%           | 6.0%           | 2.5%           | 2.3%           | 3.1%            | 71.2%           |
|     | Patient Balance     |   |     | 85949.32*     | 13934.12*       | 12085.26*      | 10536.76*      | 7345.32*       | 7379.61*        | 34668.25*       |
|     | Insurance Balance   |   |     | 70913.12*     | 54449.40*       | 12149.87*      | 7974.06*       | 3276.25*       | 2133.89*        | -9070.35*       |
|     | Grand Total         |   |     | 156862.44*    | 68383.52*       | 24235.13*      | 18510.82*      | 10621.57*      | 9513.50*        | 25597.90*       |
|     |                     |   |     |               | 43.6%           | 15.4%          | 11.8%          | 6.8%           | 6.1%            | 16.3%           |

Total Number of Accounts: 1318

Disclaimer: Due to the number of decimal places printed and rounding, the percentage totals may not add up to exactly 100%.

End of Report.  Reports/Receivables/Billing Group
Requested by LEEANN and completed at 3:51PM on Mar 08 2010