Mary P. Kimmel, ISBN 3786
Office of the United States Trustee
United States Department of Justice
720 Park Blvd, Ste 220
Boise, Idaho 83712
(208) 334-1300
(208) 334-9756 [Facsimile]
mary.p.kimmel@usdoj.gov

Attorney for Movant

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re: ) | Case No. 10-40344-JDP |
| ) | Chapter 9 |
| LOST RIVERS DISTRICT HOSPITAL, ) | |
| ) | |
| Debtor. ) | |
| _____ ) | |

## NOTICE OF APPOINTMENT OF PATIENT CARE OMBUDSMAN

Pursuant to the Court's Order Directing the United States Trustee to Appoint a Patient Care Ombudsman in this case, entered on April 8, 2010, and 11 U.S.C. § 333(a), the United States Trustee hereby appoints Daniel W. Knight, R.N., with an address of 1400 Benton, Idaho Falls, Idaho 83401, and a telephone number of (208) 522-3291, as the patient care ombudsman in this case.

DATE: June 25, 2010                                      ROBERT D. MILLER JR.
                                                         United States Trustee

                                                         /s/Mary P. Kimmel
                                                         MARY P. KIMMEL
                                                         Attorney for Movant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2010, I caused the foregoing document to be filed with the Court's CM/ECF system which causes a copy of the foregoing to be served by electronic means on the parties reflected on the Notice of Electronic Filing.

D Blair Clark on behalf of Debtor Lost Rivers District Hospital

All others receiving electronic notice in this case.

AND I FURTHER CERTIFY that on such date I caused to be served the foregoing document on the following non-CM/ECF Registered Participants via first class mail, postage prepaid addressed as follows or on the attached Mailing Matrix. (Debtor's counsel, the Bankruptcy Court and the United States Trustee receive CM/ECF notice and are not served by mail.)

    Daniel W. Knight, R.N.
    1400 Benton
    Idaho Falls, ID 83401

    Lost Rivers District Hospital
    POB 145
    Arco, ID 83213-0145

    See Attached Mailing Matrix

Dated: June 25, 2010

/s/ Carolyn S. Wolfe
CAROLYN S. WOLFE

Label Matrix for local noticing
0976-4
Case 10-40344-JDP
District of Idaho   [LIVE]
Pocatello
Fri Jun 25 11:30:41 MDT 2010

Internal Revenue Service
U.S. Attorney's Office
c/o Warren S Derbidge
800 Park Blvd., Suite 600
Boise, ID 83712-7788

Lost Rivers District Hospital
POB 145
Arco, ID 83213-0145

Pocatello
US Bankruptcy Court Rm 119
801 East Sherman
Pocatello, ID 83201-5730

24-7 Professional Solutions
c/o MUNTHER GOODRUM
1161 W. River Street #350
Boise, ID 83702-7071

ALIMED, INC.
PO Box 9135
20279
Dedham, MA 02027-9135

Ace Innovations, Inc.
505 W. 20th Street
Idaho Falls, ID 83402-4421

AirGas Intermountain
PO Box 7430
Pasadena, CA 91109-7430

Airborne Express
P.O. Box 91001
Seattle, WA 98111

Alfco
PO Box 639
Blackfoot, ID 83221-0639

Amercian Credit
PO Box 941
Tewksbury, MA 01876-0801

American Academy
Family Physicians
PO Box 419662
Kansas City, MO 64141-6662

Antek, Inc.
228 Business Center Drive
Reisterstown, MD 21136-1230

Apria Heathcare
PO Box 31001
Pasadena, CA 91110-0001

Arco Advertiser
PO Box 803
Arco, ID 83213-0803

Arden Technical Services
PO Box 1840
Fairview, NC 28730-1840

BP Consulting, Inc
c/o Mountain West Bank
7107 W. Main Street
Garden City, ID 83714

Baytree Leasing Company
Attn: Accts Receivable
PO Box 94125
Palatine, IL 60094-4125

Bingham Memorial Hospital
98 Poplar Street
Blackfoot, ID 83221-1799

Breg
PO Box 51332
Los Angeles, CA 90051-5632

Butte County, Idaho
Butte County Courthouse
Arco, ID 83213-0737

Cardiac Science Corp
Dept 0587
PO Box 120587
Dallas, TX 75312-0587

Cardinal Health Medical
Products & Services
PO Box 70539
Chicago, IL 60673-0539

Care Learning
6820 Deerpath Road
Elkridge, MD 21075-6200

Carstens
PO Box 99110
Chicago, IL 60693-9110

City of Mackay
P.O. Box 509
Mackay, ID 83251-0509

Clark Wireless
PO Box 953
Blackfoot, ID 83221-0953

Commercial Laundry Sales
PO Box 391
Bozeman, MT 59771-0391

Conan Heating
PO Box 2253
Idaho Falls, ID 83403-2253

Delta Dental of Idaho
Bank Lockbox Processing
PO Box 271372
Salt Lake City, UT 84127-1372

| | | |
|---|---|---|
| Derma Sciences Inc<br>1694 Solutions Centre<br>Chicago, IL 60677-1006 | Diagnostic Imaging of Idaho<br>1951 Bench Road<br>Suite F<br>Pocatello, ID 83201-2073 | Diers<br>Rt 1 Box 374<br>Arco, ID 83213 |
| East-Central Idaho Planning<br>299 E. 4th North<br>ATTN: Judy Coy, CFO<br>Rexburg, ID 83440-1659 | East-Central Idaho Planning<br>c/o THOMSEN STEPHENS LAW<br>2635 Channing Way<br>Idaho Falls, ID 83404-7518 | Eastern Idaho Health Service<br>3100 Channing Way<br>Idaho Falls, ID 83404-7533 |
| Eastern Idaho Regional<br>PO Box 290429<br>Nashville, TN 37229-0429 | Eide Bailly<br>PO Box 2545<br>Fargo, ND 58108-2545 | FMHA IRP#2<br>The Development Company<br>299 E. 4th North<br>Rexburg, ID 83440-1659 |
| First Biomedical, Inc.<br>878 N. Jan-Mar Court<br>Olathe, KS 66061-3692 | Fisher Scientific<br>13551 Collections Court<br>Chicago, IL 60693-0001 | Fisher Scientific Co LLC<br>Gary Barnes<br>Regional Credit Manager<br>2000 Park Lane<br>Pittsburgh PA 15275-1114 |
| Flaghouse<br>601 Flaghouse Drive<br>Hasbrouck Heights, NJ 07604-3116 | Furness Medical<br>PO Box 798<br>Salmon, ID 83467-0798 | GE Captial Finance<br>P.O. Box 7247-7878<br>Philadelphia, PA 19170-0001 |
| Great America Leasing<br>8742 Innovation Way<br>Chicago, IL 60682-0087 | GreatAmerica Leasing Corp<br>POB 609<br>Cedar Rapids IA 52406-0609 | Grest Western Foods Inc<br>PO Box 51056<br>Idaho Falls, ID 83405-1056 |
| Hawley Troxell<br>877 W. Main Street<br>Suite 1000<br>Boise, ID 83702-5884 | Hematronix, Inc.<br>3201 Technology Drive<br>Plano, TX 75074-7441 | Hospira Worldwide Inc.<br>75 Remittance Drive<br>Suite 6136<br>Chicago, IL 60675-6136 |
| IDEACOM ECSI<br>PO Box 3218<br>Idaho Falls, ID 83403-3218 | IKON Financial Services<br>Bankruptcy Administration<br>P.O. Box 13708<br>Macon, GA 31208-3708 | IKon Financial Services<br>PO Box 650073<br>Dallas, TX 75265-0073 |
| IPC, Inc.<br>PO Box 72<br>Pembina, ND 58271-0072 | Idaho Falls Surgical Center<br>1945 E. 17th Street<br>Idaho Falls, ID 83404-6429 | Idaho Medical Association<br>PO Box 2668<br>Boise, ID 83701-2668 |
| Idaho Medical Imaging<br>444 Hospital Way<br>Suite 611<br>Pocatello, ID 83201-2744 | Idaho State Tax Commission<br>PO Box 36<br>Boise, ID 83720-0001 | Immucor, Inc.<br>3130 Gateway Dr.<br>Norcross, GA 30071-1189 |

Immucur
PO Box 102118
Atlanta, GA 30368-2118

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Internal Revenue Service
c/o Warren S Derbidge
800 Park Blvd Ste 600
Boise ID 83712-7788


Inverness Medical
PO Box 846153
Boston, MA 02284-6153

Inverness Medical Innovations NA
30 S Keller Rd
Orlando, FL 32810-6295

Iomed
PO Box 29397
Phoenix, AZ 85038-9397


Jensen Hayes Shropshire
125 N. Garfield Avenue
Pocatello, ID 83204-3123

Judy Coy, Designated Agent
East-Central Idaho Planning
310 N. 2nd East
Rexburg, ID 83440-1600

Larsen-Miller, Inc.
Medical Waste Dispos
PO Box 409
Meridian, ID 83680-0409


Leaf
PO Box 644006
Cincinnati, OH 45264-0309

Lionville Systems
PO Box 6084
Southeastern, PA 19399

Lost River Co-op, Inc.
PO Box 918
Moore, ID 83255-0918


McBee Associates, Inc.
PO Box 37135
Baltimore, MD 21297-3135

McKee Medical Center
822 7th Street Plaza 10
Greeley, CO 80631

MedAssets
PO Box 842291
Dallas, TX 75284-2291


Medi-Dose, Inc
Lock Box 238
Jamison, PA 18929-0238

Medical Imaging Inc
PO Box 1668
Pocatello, ID 83204-1668

(p)MEDLINE INDUSTRIES INC
ATTN ANNE KISHA
ONE MEDLINE PL
MUNDELEIN IL 60060-4486


Medworks - Health Service
PO Box 593
Bedford Park, IL 60499-0593

Merlin Service
PO Box 915
Moore, ID 83255-0915

Moffatt Thomas
PO Box 829
Boise, ID 83701-0829


Moore Medical LLC
PO Box 99718
Chicago, IL 60696-7518

Moore Wallace
PO Box 93514
Chicago, IL 60673-3514

Mutual of Omaha
Claims Dept
Mutual of Omaha Plaza
Omaha, NE 68175-0001


Nicks Appliance Service
367 W. Broadway
Idaho Falls, ID 83402-3639

Norco
P.O. Box 15299
Boise, ID 83715-5299

Oak Harbor Freight Service
P.O. Box 1469
Auburn, WA 98071-1469


Ocelco Inc.
1111 Industrial Pkrd
Brainerd, MN 56401-8339

Olympic Medical
5900 First Avenue South
Seattle, WA 98108-3249

Olympus Financial Service
PO Box 200183
Pittsburgh, PA 15251-0183

Opti Medical Systems Inc
PO Box 1932005
Atlanta, GA 31193-0001

PMI Computer Supplies
PO Box 60615
Saint Louis, MO 63160-0615

Paragard Direct
12601 Collection Drive
Chicago, IL 60693-0001

Pathology Associates
1740 E. 17th Street
Suite D
Idaho Falls, ID 83404-6375

Phillips
PO Box 406538
Atlanta, GA 30384-6538

Phone Directories Co
PO Box 2277
Orem, UT 84059-2277

Portneuf Medical Center
651 Memorial Drive
Pocatello, ID 83201-4004

Precision Billing
Water Street
Arco, ID 83213

Precision Credentialing
1952 E 7000 South
Salt Lake City, UT 84121-6877

Precision Instruments
PO Box 992
Bozeman, MT 59771-0992

Primetime Advertising
12508 Jones Maltsber
Suite 110
San Antonio, TX 78247-4215

Proabilities/Weaver
PO Box 99903
Lakewood, WA 98496-0903

Professional Hospital Supply
PO Box 23229
Pasadena, CA 91185-0001

Professional Hospital Supply
c/o RACINE OLSON
PO Box 50698
Pocatello, ID 83205

Professional Hospital Supply, Inc.
C/O Kirk Barber, Esq.
Kirk Barber Law Group, A.P.L.C.
43426 Business Park Drive
Temecula, CA 92590-5526

Professional Solutions
787 E. State Street
Sutie 145
Eagle, ID 83616-6399

Radiology Technology
526 Taylor
Pocatello, ID 83202-2380

Rapid-Type
2358 N 3000 West
Arco, ID 83213

Regence Blue Shield of Idaho
P.O. Box 1106
Lewiston, ID 83501-1106

Regence Blue Shield of Idaho
PO BOx 91068
Seattle, WA 98111-9168

Rocky Mountain Boiler
PO Box 2529
Idaho Falls, ID 83403-2529

Round Valley Refrigeration
PO BOx 513
Challis, ID 83226-0513

S.R. Cardio Pulmonary Lab
2001 S. Woodruff
Suite 12B
Idaho Falls, ID 83404-6372

Schmitt Enterprises
Attn: Justin Schmitt
7010 E. Valverde
Idaho Falls, ID 83401-5903

Social Security Admin
PO Box 3430
Philadelphia, PA 19122-0430

Sourceone Healthcare Tech
PO Box 8004
Mentor, OH 44061-8004

Standard Textile
One Knollcrest Drive
Cincinnati, OH 45237-1600

Stephen Vincent MD
2860 Channing Way
Suite 222
Idaho Falls, ID 83404-7541

Streck Laboratories, Inc.
PO Box 45625
Omaha, NE 68145-0625

Swire Coca Cola
12634 South 265 West
Draper, UT 84020-7930

| | | |
|---|---|---|
| T-System, Inc.<br>4020 McEwen Drive<br>Suite 200<br>Dallas, TX 75244-4900 | Tech Services<br>3717 S. La Brea Avenue<br>Los Angeles, CA 90016-5300 | Tejac Advertising<br>PO Box 1711<br>Pocatello, ID 83204-1711 |
| Terminix<br>880 E. Frankin Road<br>Suite 307<br>Meridian, ID 83642-8910 | Teton Delivery<br>PO Box 2586<br>Idaho Falls, ID 83403-2586 | Teton Pharmacy<br>3101 Valencia<br>Idaho Falls, ID 83404-7575 |
| The Hospital Cooperative<br>850 E. Young Street<br>Pocatello, ID 83201-5736 | Transamerica<br>PO Box 79035<br>City of Industry, CA 91716-9035 | US Trustee<br>Washington Group Central Plaza<br>720 Park Blvd, Ste 220<br>Boise, ID 83712-7785 |
| V-1 Oil Company<br>P.O. Box 820<br>Arco, ID 83213-0820 | Vision Service Plan<br>PO Box 45034<br>San Francisco, CA 94145-0034 | Watson Roto-Rooter<br>PO Box 155<br>Menan, ID 83434-0155 |
| Whisper Mountain Prof<br>Attn: Rick Fawcett<br>1110 Call Creek Drive<br>Pocatello, ID 83201-3072 | William Marsden<br>Prince Yeates & Geldzahler<br>175 E. 400 S. #900<br>Salt Lake City, UT 84111-2357 | (p)ZIONS FIRST NATIONAL BANK<br>LEGAL SERVICES UT ZB11 0877<br>P O BOX 30709<br>SALT LAKE CITY UT 84130-0709 |
| D Blair Clark<br>1513 Tyrell Lane, Suite 130<br>Boise, ID 83706-4255 | KBarber Professional Hospital Supply, Inc.<br>Professional Hospital Supply, Inc.<br>43426 Business Park Drive<br>Temecula, CA 92590-5526 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | (d)Internal Revenue Service<br>Special Procedures<br>550 W. Fort Street<br>Boise, ID 83724 | Medline<br>PO Box 92301<br>Chicago, IL 60675 |
| Zions Bank<br>Attn: Scott Anderson, Pres<br>One South Main<br>Salt Lake City, UT 84111 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bob Vaden                    (u)Brent Pearson                    (u)Timothy Tomlinson

End of Label Matrix
Mailable recipients   136
Bypassed recipients     3
Total                 139