In the UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In re: ) | Case No. 10-40344-JDP |
| ) | Chapter 9 |
| LOST RIVERS DISTRICT HOSPITAL, ) | |
| ) | |
| Debtor. ) | |
| _____ ) | |

REPORT TO THE COURT BY PATIENT CARE OMBUDSMAN

Having been appointed as Patient Care Ombudsman by Mr. Robert D. Miller, Jr., United States Trustee, I submit my report to the Court at this time.

I notified the Lost Rivers District Hospital on June 28, 2010 of my intention to interview patients and staff on July 9, 2010. Integrated in that notification sign was notice that I would be submitting a report to the Court and gave contact information so that anyone who wished could talk to me whether I was present in the facility or not. The sign was printed using large fonts and was phrased in simple language. The hospital staff posted my notice on the entrance to the hospital and the clinic on June 28, making it very visible to anyone entering the facility.

On the day I visited the facility there were 15 long-term care patients, one hospital patients, and one emergency department patient in the facility. The Arco clinic sees approximately twenty-five patients per day, while the Mackay clinic sees between 9 and 15 patients per day. On July 9, 2010 the facility's Hospice was caring for 9 terminally ill patients. During that day the facility's therapy department saw about a dozen patients for outpatient therapy. Administrative staff report that the Emergency Room sees about 1000 serious emergency patients in any given year.

1

I inquired regarding the procedure a patient or family would go through to register a complaint. The hospital's grievance procedure is well-established and responsive to patient and family concerns. Similarly, employee grievances are handled in a respectful manner by Administration. There were no bedsores or nosocomial infections present in the patient population, reflecting that excellent nursing and preventative procedures were in place in the facility.

I was given the opportunity to speak with people in a private setting. I was given a room to operate from but I also went to many people directly and I was encouraged to speak with them privately. Ispoke with the Administrative staff, the Director of Nursing Services, the Pharmacist, Dietary supervisor, office personnel, with Dr. Haskell, and other staff members and nurses. I observed the operation of the pharmacy, nursing care, and dietary as they delivered care. There were five long-term patients who were not involved with treatments or baths at the time of my visit, and who were mentally able to respond to my questions. I interviewed each of them and they reported a great deal of satisfaction with the care they were receiving. They did not seem to be aware of the facility's financial problems and evidenced no nervousness about the care that they were receiving. I spoke with the lone acute care patient and her son. They were both quite happy with the intervention on her behalf and spoke highly of the care delivered in the facility.

I noted that, as a result of layoffs in the hospital, many staff members performed multiple functions. For example, the purchasing/supply department also took on quality assurance functions. All this notwithstanding, the morale of the employees seems to be quite positive.

My conclusion from the July 9 visit is that patient care is <u>not</u> compromised by the facility's Chapter 9 bankruptcy proceedings. Adequate policies and procedures are in place to assure that patient care is provided in a manner consistent with appropriate levels of professional care.

Repeat visits will be planned so that I can report regularly to the Court.

*[signature]*

Daniel W. Knight, RN
Patient Care Ombudsman

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on August 20, 2010, I caused the foregoing document to be filed with the Court's CM/ECF system which causes a copy of the foregoing to be served by electronic means on the parties reflected on the Notice of Electronic Filing.

D Blair Clark on behalf of Debtor Lost Rivers District Hospital

All others receiving electronic notice in this case.

    AND I FURTHER CERTIFY that on such date I caused to be served the foregoing document on the following non-CM/ECF Registered Participants via first class mail, postage prepaid addressed as follows:

Daniel W. Knight, R.N.
1400 Benton
Idaho Falls, ID 83401

Lost Rivers District Hospital
POB 145
Arco, ID 83213-0145

Dated: August 20, 2010

                                                        /s/ Carolyn S. Wolfe
                                                        CAROLYN S. WOLFE